To Risk Management Division

Joseph Montoya BLDG
1100 South Saint Francis DR.
Santa Fa, NM 82501

SF-1915 Leave to Proceed

Additional Page for Item 6

Date: 5-31-24

CV 24-565 KG/KK

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 05 2024
MITCHELL R. ELFERS
CLERK

# Notice of Claim

Pursuant § 41-4-16, N.M.S.A. (1978), you are advised that:

I Emil Faulkner hereby give Notice that I sustained a Loss/injury for which I may be entitled to recover, pursuant to the New Mexico tort Claims act.

The Loss or injury occured, APR 9 2024 at the following facilities ~~PNM~~, GCCF, D.O.C. RDC under the following Circumstances:) involuntary Servitude, False imprisonment, and Breach of Liberty. Breach of Duran decree.

Name of Plantiffs

Emil Faulkner

United States Federal District court of New Mexico

Emil Faulkner

# PLANTIFFS

## VS

# DEFENDANTS

Michelle Lujan grisham - Govner
Alisha tafoya - Director of corrections
Wilkens - Warden
I Jacob - Unit Manager

**I.**
   This honorable court has the Jurisdiction to review this 1983 under Fed class (( Fed. R. C.I.u. p. 23 (A)(B)?)) suit due to Plantiffs being united states citizens. Plantiffs 1st, 4th, 8th, and 14th Amendments of the constitutional rights and state laws have been violated. Also the "Montoya Act" and breach of Liberty, involuntary servitude, False imprisonment. All Rights being violated.

((Complaint)) Plantiffs being housed at R.D.C in Las Lunas N.M. as Property of the state due to alledged parole violations. Plantiffs having been victiums of beleaved breach of the "Montoya Act" thru actions of Involuntary servitude which is modern day slavery. Probation & parole having placed retake orders without any fully revoked Action, but not allowing good time until seen by parole board in some cases up to two Months, or more. The Plantiffs have been forced to leave Normal classification in single man cells until fully classified. The state Parole board and D.O.C. having took it upon them selves to violate state law and civil and constitutional rights by forcing the Plantiffs to Not only be transfered to GCCF A Level 3 facility prison with two men in a cell. Aside from a stabbing, and officers being hit (two times just days apart) Inmates subject to same problems from other inmates. Plantiffs have been subjected to violience and From Level 1-6 inmates, viollent offenders and also sharing rooms with violent inmates. This places Plantiffs lives in danger every day therefore Iminent Danger does exist. Some Plantiffs that are under 3 strike rule do not have the ability to escape these negligent conducts by staff or other violent inmates. The abuse of power and process is tortious use of legal process magna, Neglegenta exists. All Plantiffs having been subjected to mental health problems stress related and some physical impairments also ptsd from having to watch each others backs. The state of New mexico parole board has placed the Plantiffs in hostle situations to defend our selves in hand to hand (and in some cases wepons) Altercations, and legal actions such as this one. Thay are violating our Rights by housing us with Rapists and murderers. The facility has removed all chairs and theres no Ladders to get on top bunks.

## Relief Sought

That the state of New Mexico Parole Board Director be advised and addressed to correct thier Staff Also that injunctive relief be granted in the sum of $2500 per day to Plantiff for every day on parole before this action and here on after this complaint Also that the sum of $100,000 be awarded for State law Violations. and $500,000 for every civil and Constitutional Right Violated.

## Declaration Under Penality of Perjery

The undersigned declares under penality of Perjery That he/she is the Plantiff in the above action. That he/she has read the above Complaint and the information Contained in the Complaint is true and Correct.
(28 U.S.C § 1746; U.S.C.E 1621)

_____          Emil Faulkner
        Sign                                              Print

                  86672

